# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AMERISERV FINANCIAL BANK, | ) | |
| Plaintiff, | ) | Civil Action No. 07-1159 |
| v. | ) | Magistrate Judge Bissoon |
| COMMERCEBANK, N.A., | ) | |
| Defendant. | ) | |

## ORDER OF RECUSAL

In a letter dated August 4, 2008, counsel for Defendant has advised that the law firm Cohen & Grigsby represents the plaintiffs in related litigation now pending before the Court of Common Pleas of Allegheny County, Pennsylvania. *See* Ltr. attached as Appendix A hereto (citing <u>William B. Spence, *et al.*, v. CalChase Med, LLC, *et al.*</u>, G.D. 07-013561 (filed Jun. 26, 2007)). Given that the <u>Spence</u> plaintiffs seek substantially similar relief against Commercebank as does Plaintiff here, recusal is appropriate under 28 U.S.C. § 455(a). *See id.* (federal magistrate judge "shall disqualify [her]self in any proceeding in which [her] impartiality might reasonably be questioned").

The undersigned therefore RECUSES from the above-captioned case.

IT IS SO ORDERED.

August 18, 2008                s/Cathy Bissoon
                               Cathy Bissoon
                               United States Magistrate Judge

cc:

John R. O'Keefe, Jr., Esq.
Michael P. Robic, II, Esq.
Louis DePaul, Esq.